No. 84–5317.   BUTLER v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–5323.   EARNEST v. VANNICE ET AL.   C. A. 9th Cir. Certiorari denied.

No. 84–5346.   VOLANTY v. TEXAS.   Ct. App. Tex., 13th Sup. Jud. Dist.   Certiorari denied.

No. 84–5363.   BRYMER v. ROSE, WARDEN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–5372.   JACKSON ET AL. v. KENTUCKY.   Sup. Ct. Ky. Certiorari denied.

No. 84–5408.   ALLEN v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 84–5410.   SANS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–5420.   POLLARD v. WHITE ET AL.   C. A. 11th Cir. Certiorari denied.

No. 84–5435.   PRINCE v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 84–5443.   SHIELDS v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 84–5492.   REYNOSA v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–5500.   SILVERSTEIN ET AL. v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 84–5523.   YOUNG v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 84–5527.   RICHARDS v. LEHMAN, SECRETARY OF THE NAVY, ET AL.   C. A. 9th Cir.   Certiorari denied.